IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA


vs.           CASE NO. 4:11cr00129-01, 02, 04, 06, 07, 09 - 14, 16, 19 - 22 JMM


CHRISTIAN MALDONADO,
GLADIS MALDONADO,
REBECCA HENRY,
PATRICK LINN,
JASON HOLMES,
MICHAEL HIMSTEDT,
MICHAEL LESZCZYNA,
JOHN HENRY YOUNGBLOOD, JR.,
OATHER LEE FULMER,
REX INGLE,
PAUL CRISWELL,
MATTHEW GRIFFEY,
MARGARET DIANN HENRY,
DUSTIN DYER,
HECTOR PALMILLAS JIMINEZ and
JUAN ANTONIO CASTANEDA RENDON

ORDER

The jury trial currently scheduled October 9, 2012 is rescheduled for **Friday, October**

**5, 2012 at 9:30 a.m.** for jury selection and opening statements.  Court will resume at 9:15

a.m., Tuesday, October 9, 2012.

The parties are directed to submit simultaneous jury instructions on or before

**September 28, 2012.**  It is not necessary to include the standard opening and closing

instructions.  Core instructions shall be submitted on a compact disc in WordPerfect 6.1 or

higher format or by e-mail to **jmmchambers@ared.uscourts.gov.**

**Counsel are directed to be present at 8:15 a.m. in order to be prepared for a**

**Pretrial Conference that will begin at 8:30 a.m.**

**Counsel are directed to submit by e-mail (jmmchambers@ared.uscourts.gov) a list of witnesses and exhibits, no later than Monday, October 1, 2012.**

Dated this 12th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE