IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO: 4:11CR00129-19 JMM

MARGARET DIANN HENRY

### ORDER OF DISMISSAL

The Court granted the Defendant's motion for judgment of acquittal as to this defendant on October 11, 2012. Accordingly, all charges against Margaret Diann Henry are dismissed.

IT IS SO ORDERED this 16th day of October, 2012.

_____
James M. Moody
United States District Judge