IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs.                       CASE NO. 4:11cr00129-04 JMM

REBECCA HENRY                                                          DEFENDANT

<u>ORDER</u>

Due to a clerical error, the Judgment entered February 1, 2013 (DE #702), is amended to correct the recommendation to the Bureau of Prisons. The court recommends to the Bureau of Prisons that the defendant shall serve her term of imprisonment at Bryan, Texas or Carswell, Texas.

The Clerk is requested to provide a copy of this Order to the United States Marshals Service and United States Probation Office.

IT IS SO ORDERED this 7th day of February, 2013

                                                   UNITED STATES DISTRICT JUDGE