IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

     vs.               CASE NO. 4:11cr00129-09 JMM

MICHAEL HIMSTEDT
USM#: 26403-009


## AMENDED JUDGMENT & COMMITMENT

During the sentencing hearing held March 6, 2013, the Court allowed Defendant to self-report to the designated facility on April 22, 2013, to begin service of his sentence.

Due to a clerical error, page 2 the Judgment entered March 7, 2013 (DE #741) is amended to reflect that the defendant shall surrender for service of sentence at the institution designated by the Bureau of prisons before 2 p.m., on April 22, 2013.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 11th day of March, 2013.


_____
UNITED STATES DISTRICT JUDGE